IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | Case No. 3:01-CR-70 |
| v. ) | |
| ) | JUDGE JORDAN |
| ) | |
| TIMOTHY L. WILLIAMS ) | |
| Defendant. ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the Defendant, Timothy L. Williams. The Defendant admits that he has violated certain terms of his supervised release. An agreement has been reached between the parties, recommending that the Defendant's supervised release should be revoked, and that he should receive a sentence of thirty-seven (37) months of imprisonment to be followed by no term of supervised release. The parties further agree that the Defendant's sentence should run concurrently with the anticipated state court sentence in Monroe County, Tennessee, Docket Number S14942. The parties also ask that the Defendant be recommended for the 500 hour Residential Drug Abuse Program (RDAP) offered by the Bureau of Prisons, and that the Defendant be recommended for housing at a facility in close proximity to East Tennessee.

The Defendant waives his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives his right to allocute at a revocation hearing, and asks that the agreement of the Defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations committed by the Defendant are "Grade A" violations. The Defendant's criminal history category is IV. The advisory guideline range is 37-46 months, and there is a statutory maximum sentence of 60 months. The Court has also considered the factors listed in 18 U.S.C. § 3553(a).

The Court finds that the recommended sentence is sufficient but not greater than necessary to comply with the statutory purpose set forth in 18 U.S.C. § 3553(a). The recommended sentence is within the statutory maximum, is necessary to reflect the seriousness of the offenses committed by the Defendant, promote respect for the law, and deter others who violate supervised release.

Based on the foregoing, the Court concludes that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS ORDERED, therefore, that the Defendant's supervised release is now REVOKED. The Defendant is hereby sentenced to a term of thirty-seven (37) months of imprisonment. This sentence shall run concurrently with the anticipated state court sentence in Monroe County, Tennessee, Docket Number S14942. This sentence shall not include a term of supervised release. It is further recommended that the Defendant's sentence be served at a facility in close proximity to East Tennessee, and that he participate in the 500 hour Residential Drug Abuse Program (RDAP) offered by the Bureau of Prisons.

ENTER this the 8th day of Sept, 2014.

_____
Hon. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

_Kelly A. Norris_ (Bobby Hutson / by permission)
Kelly A. Norris
Assistant U.S. Attorney

_Bobby E. Hutson_
Bobby E. Hutson, Jr.
Assistant Federal Defender

_Tim Williams_
Timothy L. Williams
Defendant

_Rhonda Monger Lay_ (Bobby Hutson / by permission)
Rhonda Monger Lay
U.S. Probation Officer